UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:04-cr-00149-TWP-TAB |
| | ) | |
| DANIEL GALLANT, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER TO APPOINT INDIANA FEDERAL DEFENDER AND STAY PROCEEDINGS

**I.**

This matter is before the Court on Defendant Daniel Gallant's ("Gallant") Motion for Reduction of Sentence. Dkt. 3. Gallant requests that the Court reduce his sentence pursuant to the First Step Act of 2018. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance the First Step Act of 2018. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for Gallant for this purpose. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order.

**II.**

Pending the Indiana Federal Community Defender's review and analysis of Gallant's eligibility for a reduction of sentence pursuant to the First Step Act of 2018, and to allow counsel to communicate with Gallant regarding the attorney-client relationship, this matter is stayed.

Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on Gallant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defender's motion to withdraw from Gallant's case.

    IT IS SO ORDERED

Date:  4/7/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Daniel Gallant
Reg. No. 07627-028
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

All Electronically Registered Counsel

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204

United States Attorney's Office
Attn: Bob Wood
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048